1  KEITH D. YANDELL (BAR NO. 233146)
   ALLEN MATKINS LECK GAMBLE
2    MALLORY & NATSIS LLP
   Three Embarcadero Center, 12th Floor
3  San Francisco, CA  94111-4074
   Phone: (415) 837-1515
4  Fax: (415) 837-1516
   E-Mail: kyandell@allenmatkins.com
5
   Attorneys for Defendant
6  TISHMAN SPEYER PROPERTIES L.P.
   and JERRY SPEYER
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  ANATOLY SMOLKIN, a private California resident,<br>12<br>         Plaintiff,<br>13<br>     vs.<br>14<br>TISHMAN SPEYER PROPERTIES L.P., a<br>15  New York limited partnership, JERRY SPEYER, a private New York resident,<br>16  MILBANK TWEED, HADLEY & McCLOY, a New York limited liability partnership, and<br>17  MELVIN IMMERGUT, a private New York resident,<br>18<br>         Defendant.<br>19 | Case No. CV11 6220<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON** |

20      Plaintiff ANATOLY SMOLKIN ("Plaintiff") and Defendants TISHMAN SPEYER

21  PROPERTIES L.P. and JERRY SPEYER (collectively, "Defendants"), by and through their

22  respective counsel of record, hereby stipulate as follows:

23                        **STIPULATION**

24      WHEREAS, Plaintiff served Defendants with the Complaint by personal service on or

25  around December 19, 2011; and

26      WHEREAS, Defendants' responsive pleading is currently due on or around January 9,

27  2012.

28

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

831988.02/SF      STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING,
                                           etc.

1  The parties now hereby stipulate to extend Defendants' time to plead or otherwise respond
2 to the Complaint by sixteen (16) days, to and including **January 25, 2012**.

4  Dated: January 6, 2012　　　　　　　　　　ANATOLY SMOLKIN

　　　　　　　　　　　　　　　　　　　　　　　By:/s/ Anatoly Smolkin
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff

7  Dated: January 6, 2012　　　　　　　　　　ALLEN MATKINS LECK GAMBLE
　　　　　　　　　　　　　　　　　　　　　　　　　MALLORY & NATSIS LLP
　　　　　　　　　　　　　　　　　　　　　　　KEITH D. YANDELL

　　　　　　　　　　　　　　　　　　　　　　　By: /s/ Keith D. Yandell
　　　　　　　　　　　　　　　　　　　　　　　　　KEITH D. YANDELL
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　TISHMAN SPEYER PROPERTIES L.P.
　　　　　　　　　　　　　　　　　　　　　　　　　and JERRY SPEYER

Attestation Regarding Signature: This document is being filed electronically under my user ID and Password. Pursuant to General Order 45, section XB, I hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was executed on January 6, 20012, in San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Keith D. Yandell
　　　　　　　　　　　　　　　　　　　　　　　　KEITH D. YANDELL

21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

831988.02/SF

-2-
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING, etc.

1 **[PROPOSED] ORDER**

2 Pursuant to the above Stipulation of the parties, Defendants' responsive pleading in this
3 action shall be due on January 25, 2012.

4 **IT IS SO ORDERED.**

5

6 **DATED:**_____        _____
7                                                                                The Honorable Phyllis J. Hamilton
                                                                                  United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

831988.02/SF

-3-
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING, etc.

# **CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On January 6, 2012, I served the within document(s) described as:

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER THEREON

on the interested parties in this action as stated below:

| | |
|---|---|
| Anatoly Smolkin | In Pro Per |
| 781 Moraga Road | **Served via** |
| Lafayette, CA 94549 | |
| Phone: (415) 871-4948 | |
| E-Mail: toliks@gmail.com | |

☒ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 6, 2012, at San Francisco, California.

| Keith D. Yandell | /s/ Keith D. Yandell |
|---|---|
| (Type or print name) | (Signature of Declarant) |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

831988.02/SF

-4-
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING, etc.