1  Martha Boersch (State Bar No. 126569)
2  martha@boerschlaw.com
   MARTHA BOERSCH, ATTORNEY AT LAW
3  235 Montgomery Street, Suite 1070
4  San Francisco, CA 94104
   Telephone: (415) 562-8587
5
6  Attorney for Defendants
   Milbank, Tweed, Hadley & McCloy, LLP and
7  Melvin Immergut

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                              OAKLAND DIVISION
11
12

| | |
|---|---|
| 13  ANATOLY SMOLKIN, | CASE NO. 4:11-cv-06220-YGR |
| 14           Plaintiff, | |
| 15  vs. | **THE HONORABLE**<br>**YVONNE GONZALES ROGERS** |
| 16  TISHMAN SPEYER PROPERTIES, L.P., ET AL. | |
| 17 | |
| 18           Defendants. | |

19  **DEFENDANT AND NONGOVERNMENTAL CORPORATE PARTY MILBANK, TWEED,**
20  **HADLEY & McCLOY LLP'S RULE 7.1**
    <u>**DISCLOSURE STATEMENT**</u>
21

22       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel states
23  as follows:
24       Defendant Milbank, Tweed, Hadley & McCloy, LLP ("Milbank") is a New York limited
25  liability partnership.  Milbank has no parent corporation and no publicly filed corporations have any
26  ////
27  ////
28  ////

1  interest in Milbank.  Milbank has partners who are citizens of California, Connecticut, Maryland,
2  New Jersey, New York, Virginia, and Washington, D.C.

4  Dated:    January 25, 2012              By: /s/ *Martha Boersch*
                                               MARTHA BOERSCH