1   Martha Boersch (State Bar No. 126569)
    martha@boerschlaw.com
2   MARTHA BOERSCH, ATTORNEY AT LAW
3   235 Montgomery Street, Suite 1070
    San Francisco, CA 94104
4   Telephone: (415) 562-8587

5
    Attorney for Defendants
6   Milbank, Tweed, Hadley & McCloy, LLP and
7   Melvin Immergut

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                      OAKLAND DIVISION

11

12  ANATOLY SMOLKIN,                    CASE NO. 4:11-cv-06220-YGR
13
                    Plaintiff,
14
15  vs.                                 CERTIFICATE OF SERVICE
16  TISHMAN SPEYER PROPERTIES, L.P.,
    ET AL.
17
                    Defendants.
18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

ANATOLY SMOLKIN vs. TISHMAN SPEYER PROPERTIES, L.P., ET AL.
Case No. 4:11-cv-06220-YGR

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 235 Montgomery Street, Suite 1070, San Francisco, CA 94104.

On January 25, 2012, I served a copy of the following documents:

**NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT;**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

**[PROPOSED] ORDER; and**

**CORPORATE DISCLOSURE**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Anatoly Smolkin
781 Moraga Road
Lafayette, CA 94549
and by email to: toliks@gmail.com

X       BY MAIL:  I placed a true copy in a sealed envelope addressed as indicated above, on above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I hereby certify that on January 25, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California by using the CM/ECF system.

I declare under penalty that the foregoing is true and correct.

Executed on January 25, 2012, at San Francisco, California.

Yumi Bennett

CERTIFICATE OF SERVICE