KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  kyandell@allenmatkins.com

Attorneys for Defendants
TISHMAN SPEYER PROPERTIES L.P.
 and JERRY SPEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLY SMOLKIN, a private California resident,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>TISHMAN SPEYER PROPERTIES L.P., a New York limited partnership, JERRY SPEYER, a private New York resident, MILBANK TWEED, HADLEY & McCLOY, a New York limited liability partnership and MELVIN IMMERGUT, a private New York resident,,<br><br>                    Defendants. | Case No. CV11 6220 YGR<br><br>CERTIFICATE OF SERVICE RE [AMENDED PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE COMPLAINT<br><br>Hearing Date: March 20, 2012<br>Time:  2:00 p.m.<br><br>For appearance at the Oakland Courthouse Hon Yvonne Gonzalez Rogers<br><br>Complaint Filed:         12-13-2011 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

833705.01/SF

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On January 25, 2012, I used the Northern District of California's Electronic Case Filing System, with the EFC registered to me to file the following documents:

CERTIFICATE OF SERVICE RE [AMENDED PROPOSED] ORDER GRANTING DEFENDANTS' SPECIAL MOTION TO STRIKE COMPLAINT

The EFC system is designed to send an email message to all parties in the case, which constitutes service, except where noted below. The parties by email in this case are found on the Court's Electronic Mail Notice List.

Anatoly Smolkin                                     Plaintiff in Pro Per
781 Moraga Road                                     **Served via mail**
Lafayette, CA 94549
Phone: (415) 871-4948
E-Mail: toliks@gmail.com

☒ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 25, 2012, at San Francisco, California.

| Keith D. Yandell | /s/ Keith D. Yandell |
|---|---|
| (Type or print name) | (Signature of Declarant) |