KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE & MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California 94111-4304
Phone: (415) 837-1515
Fax: (415) 837-1516

Attorneys for Defendants
TISHMAN SPEYER PROPERTIES L.P. and JERRY
SPEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| ANATOLY SMOLKIN, a private California resident, | Case No. CV11 6220 YGR |
| Plaintiff, | DEFENDANTS TISHMAN SPEYER PROPERTIES, L.P., JERRY SPEYER, MILBANK, TWEED, HADLEY & McCLOY, AND MELVIN IMMERGUT'S JOINT CASE MANAGEMENT STATEMENT |
| vs. | |
| TISHMAN SPEYER PROPERTIES L.P., a New York limited partnership, JERRY SPEYER, a private New York resident, MILBANK TWEED, HADLEY & McCLOY, a New York limited liability partnership and MELVIN IMMERGUT, a private New York resident, | For appearance at the Oakland Courthouse Hon. Yvonne Gonzalez Rogers |
| Defendants. | Complaint Filed: 12-13-2011 |

Pursuant to the Court's order dated January 18, 2012, Defendants Tishman Speyer Properties, L.P. ("TSP") and Jerry Speyer (collectively, "TSP Defendants") along with Milbank, Tweed, Hadley & McCloy ("Milbank") and Melvin Immergut (collectively, "Milbank Defendants") submit this Joint Case Management Statement. Given Plaintiff Anatoly Smolkin's ("Smolkin's" or "Plaintiff's'") recent arrest and detainment, it is unlikely he will be filing a separate Statement to the Court.

## I.    Jurisdiction and Service

TSP Defendants presently believe that this court has diversity jurisdiction over Plaintiff's claims because the Plaintiff does not share state citizenship with any of the Defendants.  *See* 28 U.S.C. § 1332(a).  Milbank has challenged this Court's diversity jurisdiction.

There are no issues regarding personal jurisdiction or venue.  All parties have been served.

## II.    Facts, Legal Issues, and Motions

On December 13, 2011, Smolkin filed this action after TSP Defendants successfully obtained restraining orders against him and he was arrested for violating those orders. Smolkin was again arrested on January 12, 2012 and remains in custody of the San Francisco Sheriff's Department.  He has been charged with committing over 30 crimes, including multiple counts of criminal threats and stalking.

All claims against TSP Defendants outlined in the Complaint arise out of TSP Defendants' restraining order and Smolkin's arrest.  It is unclear exactly upon what grounds Smolkin sues Milbank Defendants.

On January 25, 2012, TSP Defendants filed a Special Motion to Strike pursuant to California's anti-SLAPP statute on the grounds that Smolkin's Complaint attacks their protected use of the judicial process, and that Smolkin cannot establish a probability of prevailing on the merits.  *See* California Code of Civil Procedure § 425.16.  This motion is set for hearing on March 20, 2012.

On January 25, 2012, Milbank Defendants filed a Motion to Dismiss for failure to state a claim and based on lack of jurisdiction.  That motion is also set for hearing on March 20, 2012.

III. **Evidence Preservation**

TSP Defendants have issued a litigation hold and are preserving potentially relevant material as required by Code.

IV. **Disclosures and Discovery**

No disclosures are required by Code because the anti-SLAPP motion stays discovery.

V. **Related Cases**

Numerous entities not included in this lawsuit have also obtained restraining orders against Smolkin. Those related actions include:

- *TinyCo., Inc. v. Anatoly Smolkin*, San Francisco Superior Court, CCH-11-572829
- *Tishman Speyer Properties, L.P. v. Anatoly Smolkin*, San Francisco Superior Court, CCH-11-572842
- *W. Brewster Ely v. Anatoly Smolkin*, San Francisco Superior Court, CCH-11-572901
- *Evolv, Inc. v. Anatoly Smolkin*, San Francisco Superior Court, CCH-11-572929
- *Seyfarth Shaw LLP v. Anatoly Smolkin*, San Francisco Superior Court, CCH-11-572939 ; CCH-12-572961
- *Scott C. Dettmer v. Anatoly Smolkin*, San Mateo Superior Court, CIV510116
- *Gunderson Dettmer Stough  v. Anatoly Smolkin*, San Mateo Superior Court, CIV510938

In addition, Smolkin sued the parties that requested restraining orders against him. Those related actions include:

- *Anatoly Smolkin v. TinyCo., Inc.*, San Francisco Superior Court, CGC-11-515744

- *Anatoly Smolkin v. Mr. Maxwell Simkoff*, San Francisco Superior Court, CGC-11-516567
- *Anatoly Smolkin v. Town School for Boys*, San Francisco Superior Court, CGC-11-516568
- *Anatoly Smolkin v. Suleman Ali*, San Francisco Superior Court, CGC-11-516577
- *Anatoly Smolkin v. Seyfarth Shaw LLP*, San Francisco Superior Court, CGC-11-516736

## VI. Relief Sought

Smolkin seeks monetary damages and injunctive relief, including the dissolution of the state court restraining order that TSP Defendants obtained against him. Defendants do not know how Smolkin has calculated the damages requested.

## VII. Settlement and ADR

Given the nature of Smolkin's complaint and the fact that he is currently in police custody, Defendants do not wish to pursue ADR at this time.

## VIII. Consent to a Magistrate Judge

Defendants do not consent to a magistrate judge.

## IX. Scheduling

Defendants will revisit this issue in the unlikely event that Smolkin's complaint survives the pleadings stage.

## X. Trial

Should this matter go to trial, Defendants expect it will take 5 days and will seek a jury trial.

## XI. Disclosure of Non-party Interested Entities or Persons

TSP Defendants have submitted the Certification of Interested Entities or Persons pursuant to Civil Local Rule 3-16, which states that Defendant Tishman Speyer Properties L.P., Defendant Jerry Speyer, and Defendant Jerry Speyer's family have financial or

nonfinancial interests in this proceeding.  Milbank Defendants have filed a Disclosure

Statement pursuant to Fed. R. Civ. P. 7.1.

Dated:  January 27, 2012                    MALLORY & NATSIS LLP
                                            KEITH D. YANDELL


                                            By:        /s/ Keith D. Yandell
                                                KEITH D. YANDELL
                                                Attorneys for Defendants
                                                TISHMAN SPEYER PROPERTIES L.P.
                                                and JERRY SPEYER

Dated:  January 27, 2012                    MARTHA BOERSCH


                                            By:        /s/ Martha Boersch
                                                MARTHA BOERSCH
                                                Attorney for Defendants
                                                MILBANK, TWEED, HADLEY &
                                                McCLOY and MELVIN IMMERGUT


        Attestation Regarding Signature: This document is being filed electronically

under my user ID and Password.  Pursuant to General Order 45, section XB, I

hereby attest that concurrence in the filing of this document has been obtained from

the other signatory to this document.

        I declare under penalty of perjury under the laws of the United States that the

foregoing is true and correct and was executed on January 27, 2012, in San

Francisco, California.


                                            /s/ Keith D. Yandell
                                                KEITH D. YANDELL

## CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On January 27, 2012, I served the within document(s) described as:

DEFENDANTS TISHMAN SPEYER PROPERTIES, L.P., JERRY SPEYER, MILBANK, TWEED, HADLEY & McCLOY, AND MELVIN IMMERGUT'S JOINT CASE MANAGEMENT STATEMENT

on the interested parties in this action as stated below:

Anatoly Smolkin                          In Pro Per
781 Moraga Road                          **Served via**
Lafayette, CA 94549
Phone: (415) 871-4948
E-Mail: toliks@gmail.com

☒      **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 27, 2012, at San Francisco, California.

| Keith D. Yandell | /s/ Keith D. Yandell |
|---|---|
| (Type or print name) | (Signature of Declarant) |