KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  kyandell@allenmatkins.com

Attorneys for Defendants
TISHMAN SPEYER PROPERTIES, L.P. AND
JERRY SPEYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| ANATOLY SMOLKIN, a private California resident,<br><br>           Plaintiff,<br><br>      vs.<br><br>TISHMAN SPEYER PROPERTIES, L.P., a New York limited partnership, JERRY SPEYER, a private New York resident, MILBANK, TWEED, HADLEY & McCLOY, a New York limited liability partnership, and MELVIN IMMERGUT, a private New York resident,<br><br>           Defendants. | Case No. CV11 6220 YGR<br><br>REPLY AND STATEMENT OF NON-OPPOSITION TO TISHMAN SPEYER PROPERTIES, L.P. AND JERRY SPEYER'S SPECIAL MOTION TO STRIKE COMPLAINT<br><br>Hearing Date:  March 20, 2012<br>Time:  2:00 pm<br>For appearance at the Oakland Courthouse<br>Hon. Yvonne Gonzalez Rogers<br><br>Complaint Filed:  12-13-2011 |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

835613.01/SF

1  On January 25, 2012, Defendants Tishman Speyer Properties, L.P. and Jerry Speyer
2 (collectively, "Defendants") filed their Special Motion to Strike Plaintiff Anatoly
3 Smolkin's Complaint and served Plaintiff at his address of record via U.S. mail. The
4 deadline for Plaintiff to respond to Defendants' Motion was February 8, 2012. Plaintiff
5 remains in police custody and filed no opposition. Accordingly, the Court should grant
6 Defendants' Motion and dismiss Plaintiff's Complaint with prejudice.

7 Dated: February 15, 2012             ALLEN MATKINS LECK GAMBLE
                                         MALLORY & NATSIS LLP
8                                        KEITH D. YANDELL

9                                        By:      /s/ Keith Yandell
10                                           KEITH D. YANDELL
                                             Attorneys for Defendant
11                                           TISHMAN SPEYER PROPERTIES, L.P.
                                             and JERRY SPEYER

# CERTIFICATE OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4074.

On February 15, 2012, I served the within document(s) described as:

REPLY AND STATEMENT OF NON-OPPOSITION TO TISHMAN SPEYER PROPERTIES, L.P. AND JERRY SPEYER'S SPECIAL MOTION TO STRIKE COMPLAINT

on the interested parties in this action as stated below:

| | |
|---|---|
| Anatoly Smolkin<br>781 Moraga Road<br>Lafayette, CA 94549<br>Phone: (415) 871-4948<br>E-Mail: toliks@gmail.com | Attorneys for<br>**Served via** |

☒ **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 15, 2012, at San Francisco, California.

| Keith D. Yandell | /s/ Keith D. Yandell |
|---|---|
| (Type or print name) | (Signature of Declarant) |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

835613.01/SF