**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANATOLY SMOLKIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>TISHMAN SPEYER PROPERTIES, L.P. et al.,<br><br>          Defendants. | Case No.: 11-cv-6220 YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION** |

TO PLAINTIFF ANATOLY SMOLKIN AND DEFENDANT MILBANK TWEED, HADLEY & McCLOY ("MILBANK") and its counsel of record:

YOU ARE HEREBY ORDERED TO SHOW CAUSE **in writing no laterthan March 16, 2012**, why plaintiff's claims should not be dismissed for lack of diversity jurisdiction under 28 U.S.C. §1332(a).

Although the complaint (Dkt. No. 1, at ¶12) alleges that there is full diversity of citizenship under section 1332(a), it also alleges that Milbank has an office in Los Angeles (id. at ¶13), and that Milbank is a "limited liability partnership" (*id.* at 1:16-17). Further, Defendant Milbank's Disclosure Statement (Dkt. No. 13) indicates that Milbank is a partnership and that one or more partners is a citizen of California. While Milbank has not submitted evidence to this effect, the face of the complaint is sufficient to give rise to a reasonable inference that Milbank is a partnership, that one or more partners is a citizen of California, and therefore that complete diversity is lacking.

**IT IS SO ORDERED.**

March 8, 2012

                                        _____
                                        **YVONNE GONZALEZ ROGERS**
                                        **UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California