Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700
Attorney for Defendants
Milbank, Tweed, Hadley & McCloy, LLP and
Melvin Immergut

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANATOLY SMOLKIN,<br><br>Plaintiff,<br><br>vs.<br><br>TISHMAN SPEYER PROPERTIES, L.P., ET AL.<br><br>Defendants. | CASE NO. 4:11-cv-06220-YGR<br><br>**STATEMENT OF DEFENDANT MILBANK, TWEED, HADLEY & MCCLOY LLP IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION** |

In the Court's Order to Show Cause Re: Dismissal of Complaint for Lack of Diversity Jurisdiction dated March 8, 2012 (Dkt. No. 22, the "Order to Show Cause" or "OSC"), the Court ordered Plaintiff Anatoly Smolkin ("Plaintiff") and Defendant Milbank, Tweed, Hadley & McCloy LLP ("Milbank") to show cause in writing no later than March 16, 2012 why Plaintiff's claims should not be dismissed for lack of diversity jurisdiction under 28 U.S.C. § 1332(a). Milbank hereby responds to the Order to Show Cause.[1]

---

[1] Milbank is informed and believes that Plaintiff is currently confined in state custody as a result of threats made against numerous individuals employed by, and counsel to, entities Plaintiff has recently sued.

Milbank is aware of no reason why Plaintiff's complaint should not be dismissed for lack of diversity jurisdiction. In the Order to Show Cause, the Court correctly infers that complete diversity is lacking, based on (1) the allegations of the Complaint "that Milbank has an office in Los Angeles, and that Milbank is a 'limited liability partnership,'" and (2) the indication in Milbank's Disclosure Statement "that Milbank is a partnership and that one or more partners is a citizen of California." OSC (citing Dkt. No. 1 (Compl.) at ¶¶ 12-13; Dkt. No. 13 (MTHM Disclosure Stmt.)). Milbank is in fact a limited liability partnership ("LLP") in good legal standing in the State of California; it maintains an office in Los Angeles; and numerous Milbank partners reside in California. *See* Declaration of Martha Boersch.

This evidence confirms that Plaintiff's claims must be dismissed for lack of diversity jurisdiction under 28 U.S.C. § 1332(a) – the jurisdictional basis alleged in the Complaint. *See* Compl. at ¶ 12. Diversity jurisdiction only lies where "there is complete diversity between all named plaintiffs and all named defendants, and no defendant is a citizen of the forum State." *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84 (U.S. 2005). The United States Supreme Court has held that in order for a limited liability partnership or other partnership entity "to meet the complete diversity requirement, all partners, limited as well as general, must be diverse from all parties on the opposing side." *Id.* (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185 (U.S. 1990)); *see also Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("an unincorporated association such as a partnership has the citizenships of all of its members").

Because Milbank is an LLP with an office in Los Angeles, CA and a number of partners who are citizens of California, Milbank is a citizen of California for purposes of jurisdiction, and there is no diversity as between Milbank and Plaintiff. Accordingly, complete diversity between Plaintiff and all named Defendants does not exist, and the Court lacks jurisdiction over this matter under 28 U.S.C. § 1332(a). For these reasons, Milbank respectfully submits that the Complaint should be dismissed.

Dated: March 16, 2012

/s/ Martha Boersch
Martha Boersch

2

STATEMENT IN RESPONSE TO OSC
Case No. 4:11-cv-06220-PJH