Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendant
Milbank, Tweed, Hadley & McCloy, LLP
Melvin Immergut

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ANATOLY SMOLKIN,<br><br>        Plaintiff,<br><br>vs.<br><br>TISHMAN SPEYER PROPERTIES, L.P., ET AL.<br><br>        Defendants. | CASE NO. 4:11-cv-06220-YGR<br><br>**DECLARATION OF MARTHA BOERSCH IN SUPPORT OF DEFENDANT MILBANK, TWEED, HADLEY & MCCLOY LLP'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION** |

I, Martha Boersch, do hereby state, pursuant to 28 U.S.C. § 1746:

1. I am the attorney of record for Milbank, Tweed, Hadley & McCloy LLP ("Milbank") in this matter.

2. Attached as Exhibit A is a copy of Milbank's Certificate of Good Standing, California Limited Liability Partnership.

3. Attached as Exhibit B is a copy of a page from Milbank's website describing the office locations of Milbank, including its office in Los Angeles, California.

4. I have reviewed information compiled from the Milbank firm directory listing Milbank partners in Los Angeles and their home addresses, and all of the partners of the Los Angeles office reside in the greater Los Angeles region of California.

I declare that the foregoing is true and correct.  Executed on March 16, 2012, in San Francisco, California.

*/s/ Martha Boersch*
Martha Boersch

-2-

DECL. OF MARTHA BOERSCH IN SUPP. OF STATEMENT IN RESP. TO OSC
Case No.: 4:11-cv-06220-YGR