# EXHIBIT A

# State of California
## Secretary of State

**CERTIFICATE OF GOOD STANDING**
**CALIFORNIA LIMITED LIABILITY PARTNERSHIP**

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **10th day of February, 1999, MILBANK TWEED HADLEY & MCCLOY LLP,** became recognized under the laws of the State of California by filing a certificate of registration in this office; and

That according to the records of this office, the said limited liability partnership is authorized to exercise all its powers, rights and privileges and is in good legal standing in the State of California; and

That no information is available in this office on the financial condition of this limited liability partnership.

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of March 13, 2012.



**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007) «Initials»