# EXHIBIT B

# Milbank

# The world is changing.
# Milbank is setting the pace.

**NEW YORK**  The New York office--headquarters for Milbank's leading edge global practice--takes advantage of the city's dominant role in business and finance. The office serves as the focal point for the biggest deals, the most complex litigation and most consequential bankruptcies in the country.

**WASHINGTON, DC**  Milbank's Washington, DC, office reflects the city's role as the center of government, allowing us to stay atop significant judiciary and regulatory matters and keep our international clients attuned to the workings of Washington.

**LOS ANGELES**  Milbank's Los Angeles office has a dynamic practice of leading practitioners who blend their vast global experience with broad knowledge of the specialized markets of California and the West, new industries and emerging technologies. Their expertise includes gaming, hospitality, real estate, alternative energy and technology industries in strong corporate, financial restructuring, litigation, project finance and securities practices.

**SÃO PAULO**　　The top international firm in Brazil for big-ticket deals in corporate, project finance, and securities, Milbank relies on its São Paulo office to anchor its representation in South America. A stellar team of lawyers combines expertise in critical sectors with in-depth knowledge of the Brazilian business environment.

**LONDON**　　In a city known as a financial and arbitration center, our London office stands out with extensive services with sophisticated practices qualified in both UK and US law. Our highly regarded team works closely with Milbank colleagues in Germany, the Americas and Asia and with our correspondent firms across Europe, the Middle East and Africa.

**FRANKFURT**　　The award-winning lawyers in Milbank's Frankfurt office primarily focus on corporate and finance matters with expertise in complex cross border transactions, offering clients fully integrated legal advice at the highest level under German and English law.

**MUNICH**　　The top-ranked practitioners in Munich are recognized throughout the market for having advised clients in numerous of the most high-profile corporate, M&A, competition, litigation and tax matters, regularly allowing them to leverage the complementary strengths of Milbank's global capabilities.

**TOKYO**　　The first American law firm to open an office in Tokyo, Milbank has a rich history in Japan. The Tokyo office offers a multi-discipline practice of outstanding reputation and reach, providing legal services to Japan's major

financial institutions and multinational corporations as well as international corporations doing business in Japan.

**BEIJING**    Milbank's Beijing office brings a wealth of experience in dealing with all aspects of the Chinese government as well as the private sector. The office serves both international and Chinese clients in some of the largest capital markets, strategic M&A, private equity and project finance transactions.

**HONG KONG**    For more than three decades, Milbank's Hong Kong office has served as a hub for a thriving practice throughout the Asian-Pacific region. The office's award-winning team is recognized for its industry-related insights and capabilities, particularly in telecommunications, technology, financial services, power and infrastructure.

**SINGAPORE**    If it's a complex, financially significant deal in Southeast Asia, chances are Milbank handled it. As the preeminent firm, Milbank draws on the resources of its Singapore office to handle major transactions in the entire region, including the Indian subcontinent, and to coordinate with the Beijing, Hong Kong and Tokyo offices.