1  Martha Boersch (State Bar No. 126569)
   martha@boerschlaw.com
2  MARTHA BOERSCH, ATTORNEY AT LAW
3  235 Montgomery Street, Suite 1070
   San Francisco, CA 94104
4  Telephone: (415) 217-3700
5
   Attorney for Defendants
6  Milbank, Tweed, Hadley & McCloy, LLP and
7  Melvin Immergut

8                   **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10
                            **OAKLAND DIVISION**
11

12 | ANATOLY SMOLKIN,                     | CASE NO. 4:11-cv-06220-YGR |
13 |                      Plaintiff,      |                            |
14 | vs.                                  |                            |
15 |                                      | **CERTIFICATE OF SERVICE** |
   | TISHMAN SPEYER PROPERTIES, L.P.,     |                            |
16 | ET AL.                               |                            |
17 |                      Defendants.     |                            |

18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

ANATOLY SMOLKIN vs. TISHMAN SPEYER PROPERTIES, L.P., ET AL.
Case No. 4:11-cv-06220-YGR

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 235 Montgomery Street, Suite 1070, San Francisco, CA 94104.

On March 16, 2012, I served a copy of the following documents:

1. **STATEMENT OF DEFENDANT MILBANK, TWEED, HADLEY & MCCLOY LLP IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION;**

2. **DECLARATION OF MARTHA BOERSCH IN SUPPORT OF DEFENDANT MILBANK, TWEED, HADLEY & MCCLOY LLP'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION**

on the parties stated below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Anatoly Smolkin
781 Moraga Road
Lafayette, CA 94549
and by email to: toliks@gmail.com

X    BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I hereby certify that on March 16, 2012, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Northern District of California by using the CM/ECF system.

I declare under penalty that the foregoing is true and correct. Executed on March 16, 2012, at San Francisco, California.

*/s/ Martha Boersch*
Martha Boersch