# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANATOLY SMOLKIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>TISHMAN SPEYER PROPERTIES, L.P. et al.,<br><br>    Defendants. | Case No.: 11-cv-6220 YGR<br><br>**NOTICE TO APPEAR AT HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that all counsel and all self-represented parties shall personally appear at the hearing on the Motion to Dismiss and the Special Motion to Strike on Tuesday, March 20, 2012, at 2:00 p.m., in a courtroom to be designated.

The Court is in receipt of the March 16, 2012 response of Defendants Melvin Immergut, and Milbank, Tweed, Hadley & McCloy to the Order to Show Cause Re: Dismissal of Complaint for Lack of Diversity Jurisdiction. The exhibits do not provide admissible evidence by a person with a foundation of personal knowledge establishing that one or more partners of the Milberg firm reside in California. The parties should be prepared to address this issue.

**IT IS SO ORDERED.**

March 16, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**