UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANATOLY SMOLKIN,

        Plaintiff,

  v.

TISHMAN SPEYER PROPERTIES et al,

        Defendant.
                                            /

Case Number: CV11-06220 YGR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2012, I SERVED a true and correct copy(ies) of the Order dated 3/16/12, docket no. 26, attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Anatoly Smolkin
781 Moraga Rd.
Lafayette, CA 94549

Dated: March 16, 2012

                                        Richard W. Wieking, Clerk
                                        By: Frances Stone, Deputy Clerk