Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 562-8587

Attorney for Defendants
Milbank, Tweed, Hadley & McCloy, LLP
Melvin Immergut

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| ANATOLY SMOLKIN,<br><br>          Plaintiff,<br><br>vs.<br><br>TISHMAN SPEYER PROPERTIES, L.P., ET AL.<br><br>          Defendants. | CASE NO. 4:11-cv-06220-YGR<br><br>**DECLARATION OF ROBERT J. LIUBICIC IN SUPPORT OF DEFENDANT MILBANK, TWEED, HADLEY & MCCLOY LLP'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION** |

I, Robert J. Liubicic, do hereby state, pursuant to 28 U.S.C. § 1746:

1. I am a partner at Milbank, Tweed, Hadley & McCloy LLP ("Milbank"). I was elected a partner in 2009.

2. I am a resident and a citizen of the State of California and have been since November 2010. I live in Los Angeles County and I pay taxes in the State of California.

3. I consider the State of California to be my permanent home, and it is where I intend to remain.

I declare that the foregoing is true and correct. Executed March 23, 2012 in Los Anegales, California.

DECL. OF ROBERT J. LIUBICIC IN SUPP.
OF STATEMENT IN RESP. TO OSC
Case No.: 4:11-cv-06220-YGR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert J. Liubicic

DECL. OF ROBERT J. LIUBICIC IN SUPP.
OF STATEMENT IN RESP. TO OSC
Case No.: 4:11-cv-06220-YGR