Martha Boersch (State Bar No. 126569)
martha@boerschlaw.com
MARTHA BOERSCH, ATTORNEY AT LAW
235 Montgomery Street, Suite 1070
San Francisco, CA 94104
Telephone: (415) 217-3700

Attorney for Defendants
Milbank, Tweed, Hadley & McCloy, LLP
Melvin Immergut

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| ANATOLY SMOLKIN,<br><br>     Plaintiff,<br><br> v.<br><br>TISHMAN SPEYER PROPERTIES L.P., a New York limited partnership, JERRY SPEYER, a private New York resident, MILBANK TWEED, HADLEY & McCLOY, a New York limited liability partnership, and MELVIN IMMERGUT, a private New York resident,<br><br>    Defendants. | Case No. 4:11-cv-06220-YGR<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of eighteen (18) and am not a party to this action. My business address is 235 Montgomery Street, Suite 1070, San Francisco, CA 94104.

On March 23, 2012, I served the within document(s) described as:

DECLARATION OF ROBERT J. LIUBICIC IN SUPPORT OF DEFENDANT MILBANK, TWEED, HADLEY & MCCLOY LLP'S STATEMENT IN RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL OF COMPLAINT FOR LACK OF DIVERSITY JURISDICTION

on the interested parties in this action as stated below:

Anatoly Smolkin                           In Pro Per
781 Moraga Road                           **Served via**
Lafayette, CA 94549
Phone: (415) 871-4948
E-Mail: toliks@gmail.com

☒   **BY EMAIL:** toliks@gmail.com

___  **BY MAIL:** I placed a true copy of the document in a sealed envelope or package addressed as indicated above on the above-mentioned date in San Francisco, California for collection and mailing pursuant to the firm's ordinary business practice. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 23, 2012, at San Francisco, California.

                                            /s/ Martha Boersch
                                            Martha Boersch